UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY SIMEON HALL,

    Plaintiff,                              No. 19-11064

v.                                       District Judge Robert H. Cleland
                                           Magistrate Judge R. Steven Whalen

JASON FLORA, ET AL.,

    Defendants.
    _____/

# ORDER STRIKING MOTION [ECF NO. 32]

On October 8, 2019, Plaintiff Stacey Simeon Hall filed, under this docket number (19-11064), a "Motion for Severing from the Consolidation under Tracy Clare Micks-Harm v. William Paul Nichols, et al., and to Continue under Stacey Hall v. William Paul Nichols, et al." [ECF No. 32]. The motion is directed at an entirely different case from the present case, specifically *Tracy Clare Micks-Harm, et al. v. William Paul Nichols, et al.*, E.D. Mich. No. 18-12634, which is assigned to Chief Judge Denise Page Hood. The caption of the present motion has the 2019 docket number, but is titled using the 2018 parties. Plaintiff has filed the identical motion in No. 18-12634, as ECF No. 752.

Because Plaintiff's motion [ECF No. 32] has nothing to do with this case, it is STRICKEN.

This Order does not impact the identical motion that was filed in No. 18-12634, which will be addressed by Judge Hood.

IT IS SO ORDERED.

                                                            s/R. Steven Whalen
                                                            R. STEVEN WHALEN
                                                            UNITED STATES MAGISTRATE JUDGE

Dated: October 15, 2019

---

**CERTIFICATE OF SERVICE**

      I hereby certify on October 15, 2019, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on October 15, 2019.