UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY SIMEON HALL,

   Plaintiff,        Case No. 3:19-cv-11064
               District Judge Robert H. Cleland
v.               Magistrate Judge Anthony P. Patti

JASON FLORA, *et al.*,

   Defendants.
_____/

## ORDER REGARDING STATUS CONFERENCE AND DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 71)

This matter came before the Court for a status conference and for consideration of Plaintiff's motion to appoint counsel (ECF No. 71), and Defendants' response in opposition (ECF No. 83). Judge Cleland referred this case to me for all pretrial matters (ECF No. 75), including Plaintiff's motion to appoint counsel (ECF No. 71) and Defendants' motion for summary judgment (ECF No. 67).

A status conference and hearing were held on January 30, 2020, at which Plaintiff, *in pro per*, and counsel for Defendants appeared. With regard to the status conference, the Court grants Plaintiff leave to file a late response to Defendants' motion to summary judgment (ECF No. 67), which must be docketed on or before **Monday, February 10, 2020**, or it will not be considered by the

Court. It will be Plaintiff's responsibility to follow up with the Clerk's Office to make sure that his response has been received and docketed by the deadline. In the event Defendants' currently pending summary judgment motion is ultimately denied, the Court will establish dates for a settlement conference, final pretrial conference, and trial. Further, upon consideration of the motion papers and oral argument, and for all of the reasons stated on the record by the Court, which are hereby incorporated by reference as though fully restated herein, Plaintiff's motion to appoint counsel (ECF No. 71) is **DENIED**. As explained at the hearing, there is a federal *pro se* legal assistance clinic operated in the Detroit Courthouse by the University of Detroit-Mercy Law School, which may be contacted at (313) 234-2690 or at proseclinic@udmercy.edu.

**IT IS SO ORDERED.**

Dated: January 30, 2020

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on January 30, 2020, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti